# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00832-CV

## In re Linda Benson

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the request for emergency stay are denied.
*See* Tex. R. App. P. 52.8(a).

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: December 31, 2019